1010

No. 11–11155.  Cox *v.* HOWERTON, WARDEN.  Sup. Ct. Ga. Certiorari denied.

No. 12–81.  NIX ET AL. *v.* HOLDER, ATTORNEY GENERAL, ET AL.  C. A. D. C. Cir.  Certiorari denied.

No. 12–212.  CLEARVALUE, INC., ET AL. *v.* PEARL RIVER POLYMERS, INC., ET AL.  C. A. Fed. Cir.  Certiorari denied.

No. 12–254.  SAWYER *v.* WRIGHT ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 12–282.  SLAUGHTER, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF WILSON, ET AL. *v.* MAYOR AND CITY COUNCIL OF BALTIMORE ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 12–286.  TEACHERS INSURANCE AND ANNUITY ASSOCIATION OF AMERICA ET AL. *v.* CRIIMI MAE SERVICES LIMITED PARTNERSHIP ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 12–290.  HAFTER *v.* STATE BAR OF NEVADA.  Sup. Ct. Nev. Certiorari denied.

No. 12–294.  THOMAS *v.* CITY OF STAUNTON, VIRGINIA, ET AL. C. A. 4th Cir.  Certiorari denied.

No. 12–295.  ZORBALAS *v.* CITY OF MINNEAPOLIS, MINNESOTA. Ct. App. Minn.  Certiorari denied.

No. 12–303.  WEN XUAN *v.* ON TAI.  App. Ct. Ill., 1st Dist. Certiorari denied.

No. 12–305.  ALLEN GROUP PARTNERS *v.* GOLDEN, TRUSTEE. C. A. 9th Cir.  Certiorari denied.

No. 12–326.  AKERS *v.* HINDS COMMUNITY COLLEGE.  C. A. 5th Cir.  Certiorari denied.

No. 12–343.  FRLUCKAJ *v.* LONG, WARDEN.  C. A. 9th Cir. Certiorari denied.